# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141735 & (85)(89)(90)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 141735
        COA: 286912
        Muskegon CC: 07-055536-FH

ARTHUR CORTEZ GREER, JR.,
        Defendant-Appellant.

_____/

      On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the June 10, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

s0131